UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | VIOLATIONS: |
| NARCISO HARDIN, | : | 18 U.S.C. § 2252(a)(2) |
| | : | (Distribution of Child Pornography) |
| Defendant. | : | |
| | : | 21 U.S.C. § 853(p), 18 U.S.C. § 2253 |
| | : | (Forfeiture Allegation) |

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

Between on or about January 16, 2024 and January 29, 2024, the defendant, **NARCISO HARDIN,** within the District of Columbia and elsewhere, did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed and so shipped and transported, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct.

**(Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

### FORFEITURE NOTICE

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **NARCISO HARDIN,** shall forfeit to the United States: (1) any visual depictions

1

described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253.

    2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p).

**(Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2428, Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853(p))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves /JJI*
Attorney of the United States
and for the District of Columbia.

2